IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WLLIE LEE BLOUNT III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-070 |
| | ) | |
| UNITED STATES CONSTITUTION OF AMERICA; GEORGIA DEPARTMENT OF CORRECTIONS; BRIAN P. KEMP; PATRICIA GLOBER; KOCHELLE WATSON; and TYRONE OLIVER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 5th day of September, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE